# FILED

SEP - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    No. 3-05-70721 JCS
          Plaintiff(s),         )
                                )
     v.                         )
                                )    **STAY ORDER**
                                )
MICHAEL SOLOVEY, et al.,        )
                                )
          Defendant(s).         )
_____)

     The court having been advised that the United States has sought review in the Western District of New York of the order setting release conditions entered on Wednesday, August 31, 2005, **IT IS HEREBY ORDERED** that the order setting release conditions is **STAYED** until the Western District of New York rules on the "Motion For Revocation Of Release Order" or **September 9, 2005**, whichever comes first.

DATED:   September 2, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDER.05\SOLOVEY.ORDER.wpd

1

E-filing